Raymond P. Boucher, State Bar No. 115364
 *ray@boucher.la*
Hermez Moreno, State Bar No. 72009
 *moreno@boucher.la*
Milin Chun, State Bar No. 262674
 *chun@boucher.la*
Brian Bush, State Bar No. 294713
 *bush@boucher.la*
**BOUCHER LLP**
21600 Oxnard Street, Suite 600
Woodland Hills, California 91367-4903
Tel:   (818) 340-5400
Fax:   (818) 340-5401

Jason K. Feldman, State Bar No. 213386
 *jason@feldmanwallach.com*
Ian Wallach, State Bar No. 237849
 *ian@feldmanwallach.com*
**FELDMAN & WALLACH**
606 Venice Boulevard, Suite C
Venice, California  90291
Tel:   (310) 577-2201
Fax:   (310) 564-2004

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBERT PICKETT, AN INDIVIDUAL; DARRYL LEWIS, AN INDIVIDUAL,<br><br>              Plaintiffs,<br><br>       v.<br><br>MIKE BOLLIGER, AN INDIVIDUAL; NAVID KHANSARI, AN INDIVIDUAL; JOE LISARDI, AN INDIVIDUAL; MICHAEL HAN, AN INDIVIDUAL; JACK ARANDA, AN INDIVIDUAL; CITY OF INGLEWOOD, A PUBLIC ENTITY; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>              Defendants. | Case No. 2:14-cv-09366-PA-AGR<br><br>**STIPULATION OF VOLUNTARY DISMISSAL**<br><br>The Hon. Percy Anderson<br><br>Trial Date:  January 19, 2016 |

TO THE HONORABLE PERCY ANDERSON, UNITED STATES DISTRICT JUDGE:

COMES NOW Plaintiffs, Robert Pickett and Darryl Lewis, and Defendants, Mike Bollinger, et al., and submit their Stipulation of Voluntary Dismissal, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, as follows:

1. Plaintiffs filed the complaint in the above-captioned action on December 4, 2014. *See* Doc. 1. Defendants thereafter filed a timely Answer. *See* Doc. 14.

2. Plaintiffs have filed both federal and state causes of action. The court has refused to exercise jurisdiction over the state causes of action.

3. Due to the pending stipulation for a protective order, no discovery has been exchanged and no substantive motions have been filed.

4. The Defendants will not be legally prejudiced by the dismissal of the instant action.

5. Following the dismissal of the above-captioned action, the Parties understand that Plaintiffs will file within thirty (30) days the state causes of action in the appropriate state court pursuant to 28 U.S.C. § 1367(d).

6. The Parties agree to that each party shall be responsible for its own costs and attorneys' fees associated with this litigation.

DATED: September 4, 2015    Respectfully submitted,

BOUCHER LLP

By:   */s/ Milin Chun*
RAYMOND P. BOUCHER
HERMEZ MORENO
BRIAN M. BUSH
MILIN CHUN
Attorneys for Plaintiffs

DATED:  September 4, 2015        Respectfully submitted,

GEORGE L. MALLORY, JR. & ASSOCIATES

By:  */s/ George L. Mallory*
    GEORGE L. MALLORY
    CHRISTOPHER SILVA
    Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of September, 2015, I electronically filed the foregoing **STIPULATION OF VOLUNTARY DISMISSAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered participants in this matter.

*/s/ Maria Zarate*
Maria Zarate